HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN J. SHEFCIK,

          Plaintiff,

    v.

PIERCE COUNTY WASHINGTON
JUDICIARY AGENCY/DEPARTMENT,

          Defendant.

Case No. MC08-5008RBL

ORDER

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #5]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

On or about April 17, 2008 plaintiff filed a complaint requesting that a federal grand jury be empaneled to investigate the Pierce County Superior Court Clerk for alleged violations of 18 U.S.C. §241. On May 2, 2008 this Court entered an Order dismissing the complaint because "a private citizen has no judicially cognizable interest in the prosecution or non-prosecution of another." *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973).

Plaintiff now seeks to appeal this Court's Order. Fed. R. App. P. 24 and 28 U.S.C. §1915 govern applications to proceed *in forma pauperis* on appeal. *Hooker v. American Airlines*, 302 F.3d 1091 (9th Cir. 2002). "An appeal may not be taken *in forma pauperis* if the trial court certifies in writing that it is not taken in good faith." 28 U.S.C. §1915(a)(3). Because this appeal is frivolous, the Court hereby certifies that it is

not taken in good faith. Plaintiff's Application to Proceed *In Forma Pauperis* on Appeal [Dkt. #5] is **DENIED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 12th day of June, 2008.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE